IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

```
UNITED STATES OF AMERICA,    )
                             )
        v.                   ) Criminal No. 07-288
                             )
ALEJANDRO RAMIREZ-HERNANDEZ,)
        Defendant.           )
```

ORDER

AND NOW, this 21st day of August, 2007, the Court having been advised that the above defendant wishes to change his plea of not guilty, entered August 1, 2007, IT IS HEREBY ORDERED that a hearing on defendant's change of plea is set for Thursday, August 23, 2007 at 2:30 p.m. in Courtroom #3A, 3rd floor, United States Courthouse, Pittsburgh, Pennsylvania.

BY THE COURT:

s/Gary L. Lancaster          ,J.
The Honorable Gary L. Lancaster,
United States District Judge

cc:   Almon S. Burke, Jr.,
      Assistant United States Attorney

      Linda E.J. Cohan,
      Assistant Federal Public Defender

      U.S. Marshal

      U.S. Pretrial Services

      U.S. Probation

      Ana Lahr,
      Court Interpreter